# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION, )
)
    Plaintiff, )   Case No.  2:09-cv-00104-LDG-GWF
)
vs. )   **ORDER**
)
MARCO GLISSON, )
)
    Defendant. )
_____)

    On January 3, 2010, the Securities and Exchange Commission filed an Emergency Motion to Compel Attendance at Depositions and the Production of Documents.  (#41).  On January 10, 2011, Defendant filed a response stating that there was no need hold a hearing on this matter as the depositions at issue had been scheduled and confirmed and the documents at issue had been produced. (#44).  Accordingly,

    **IT IS HEREBY ORDERED** that the Securities and Exchange Commission shall file a reply by **noon** on **January 12, 2011 PST**, stating whether a hearing on this matter is still necessary and, if so, explaining the necessity.

    DATED this 11th day of January, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE