UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,)
)
    Plaintiff, )    Case No.  2:09-cv-00104-LDG-GWF
)
vs. )    **ORDER**
)
MARCO GLISSON, )    **Plaintiff's Emergency Motion to Compel Attendance at Depositions and the**
)
    Defendant. )    **Production of Documents - #41**
)

      This matter is before the Court on Plaintiff's Emergency Motion to Compel Attendance at Depositions and the Production of Documents (#41) filed January 3, 2011; Defendant Glisson's Response (#44) filed January 10, 2011; and Plaintiff's Reply Brief in Support of Plaintiff's Emergency Motion (#46), filed January 12, 2011. The Court conducted a hearing in this matter on January 13, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

      **IT IS ORDERED** that Plaintiff's Emergency Motion to Compel Attendance at Depositions and the Production of Documents (#41) is denied without prejudice.

      DATED this 13th day of January, 2011.

                                          */s/ George Foley Jr.*
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge