DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MARCO GLISSON, <br><br> Defendant. | Case No. 2:09-CV-00104-LDG-GWF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit John B. Bulgozdy to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Bulgozdy is an attorney with the Securities and Exchange Commission, an agency of the federal government. Mr. Bulgozdy is a member in good standing of the State Bar of California (Bar No. 219897).

1  The following contact information is provided to the Court:

2  John B. Bulgozdy
U.S. Securities and Exchange Commission
3  Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
4  Los Angeles, California 90036
(323)965-3322      Fax (323)965-3908
5  bulgozdyj@sec.gov

6  Accordingly, the United States respectfully requests that an order be issued allowing John

7 B. Bulgozdy to practice before this honorable Court.

8  DATED this 4th day of February 2011.

9  Respectfully submitted,

10  DANIEL G. BOGDEN
United States Attorney

11

  */s/ Blaine Welsh*
12  BLAINE T. WELSH
Assistant United States Attorney

13

14

15  IT IS SO ORDERED:

16

17  _____
GEORGE FOLEY, JR.
18  United States Magistrate Judge

19  DATED:   February 7, 2011

20

21

22

23

24

25

26

2

**CERTIFICATE OF SERVICE**

I, Blaine T. Welsh, AUSA, certify the following individuals were served with a copy of the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the following identified method of service:

**Electronic Case Filing**:

Robert H. Bretz
578 Washington Boulevard, Suite 843
Marina del Rey, California 90292
*rhbretzpc@aol.com*

DATED this 4th day of February 2011.

                                            */s/ Blaine Welsh*
                                            BLAINE T. WELSH
                                            Assistant United States Attorney