# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

MARCO GLISSON,

    Defendant.

Case No. 2:09-cv-00104-LDG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Continuance of Date for Filing Joint Pretrial Order (#53), filed January 27, 2011; Defendant Glisson's Opposition to Plaintiff's Motion (#59), filed February 7, 2011; and Plaintiff's Reply Memorandum in Support of Plaintiff's Motion (#60), filed February 10, 2011. The Court conducted a hearing in this matter on March 2, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Continuance of Date for Filing Joint Pretrial Order (#53) is **granted**. The Joint Pretrial Order is due on or before **April 15, 2011**.

DATED this 2nd day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge