# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiffs,

VS.

MARCO GLISSON,

   Defendants,

**CASE NUMBER: 2:09-CV-0104-LDG-GWF**

**ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE**

     This case is currently stacked on the calendar of **TUESDAY, NOVEMBER 8, 2011** for Jury/Court trial to begin on **Monday, NOVEMBER 14, 2**011 in LV courtroom 6B before the Honorable Judge Lloyd D. George. (This is a 3 week trial stack)

     **IT IS ORDERED** that this case is hereby referred to **Magistrate George W. Foley** for the scheduling of a settlement conference.

     DATED this 22 day of April, 2011.

     LLOYD D. GEORGE
     United States Senior District Judge