1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12

13  SECURITIES AND EXCHANGE COMMISSION, )
                                         )
14                    Plaintiff,         )
                                         )
15           v.                          ) Case No. 2:09-CV-00104-LDG-GWF
                                         )
16  MARCO GLISSON,                       )
                                         )
17                    Defendant.         )
    _____)
18

19

20       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21       Pursuant to LR IA 10-3, the United States of America respectfully requests that this

22  honorable Court permit David J. Van Havermaat to practice before this honorable Court in all

23  matters relating to the above-captioned case.

24       Mr. Van Havermaat is an attorney with the Securities and Exchange Commission, an

25  agency of the federal government.  Mr. Van Havermaat is a member in good standing of the Bar

26  of California (Bar No. 175761).

The following contact information is provided to the Court:

>David J. Van Havermaat
>Securities and Exchange Commission
>5670 Wilshire Boulevard, 11th Floor
>Los Angeles, California 90036-3648
>Phone: 323-965-3866
>Fax: 323-965-3908
>Email: VanHavermaatD@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing David J. Van Havermaat to practice before this honorable Court.

Respectfully submitted this 6th day of October 2011.

>DANIEL G. BOGDEN
>United States Attorney
>
>  /s/ Blaine Welsh
>BLAINE T. WELSH
>Assistant United States Attorney


IT IS SO ORDERED:

George Foley, Jr.
United States Magistrate Judge

Dated: October 11, 2011

**CERTIFICATE OF SERVICE**

I, Blaine T. Welsh, AUSA, certify the following individuals were served with a copy of the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the following identified method of service:

**Electronic Case Filing**:

Robert H. Bretz
578 Washington Boulevard, Suite 843
Marina del Rey, California 90292
rhbretzpc@aol.com

Frederick A Santacroce
Santacroce Law Offices Ltd
706 South Eighth Street
Las Vegas, Nevada 89101
FASATTY@YAHOO.COM

*Attorneys for Defendant*.

DATED this 6th day of October 2011.

                                                  */s/ Blaine Welsh*
                                                BLAINE T. WELSH
                                                Assistant United States Attorney