UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARCO GLISSON, ) <br> ) <br> Defendant. ) <br> ) | Case No.  2:09-cv-00104-LDG-GWF <br><br> **ORDER** <br><br> Request for Exception to Attendance Requirement for Settlement Conference (#73) |

This matter comes before the Court on Plaintiff Security and Exchange Commission's Request for Exception to Attendance Requirements for Settlement Conference (#73), filed on October 11, 2011. Plaintiff requests the Court allow their attorney, John Bulgozdy, to be the sole representative of the Plaintiff at the settlement conference schedule for October 25, 2011.  Plaintiff states that Mr. Bulgozdy will have full authority to negotiate, and any offer of settlement would have to proceed through an institutional process passing multiple levels of review prior to obtaining final approval.  Therefore, requiring a representative of the Commission to be present would waste government resources.

On October 11, 2011, the Court entered a Minute Order (#75) instructing Defendant to file any objections to Plaintiff's requested exception by Friday, October 14, 2011 and informing Defendant that failure to object will result in granting Plaintiff's request.  Defendant failed to file an objection, and therefore, the Court grants Plaintiff's request.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Security and Exchange Commission's Request for Exception to Attendance Requirements for Settlement Conference (#73) is **granted**.

DATED this 17th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge