# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION, )
)
    Plaintiff, )    Case No.  2:09-cv-00104-LDG-GWF
)
vs. )    **ORDER**
)
MARCO GLISSON, )
)
    Defendant. )
_____ )

       The Court conducted a settlement conference in the above case on October 25, 2011. No settlement was reached, and therefore the case will continue on the normal litigation track. The case was set for trial on November 14, 2011; however, that trial date will be continued until a date in early 2012. In anticipation of trial, both Plaintiff and Defendant filed several motions. On October 12, 2011, Defendants filed a Motion to Bifurcate (#76), a Motion to Stay (#77), and a Motion to Preclude Introduction of All Evidence Pertaining to Glisson's Post 2007 Activities (#78). On October 14, 2011, Plaintiff filed a Motion in Limine to Exclude at Trial Testimony of Certain Witnesses that Were not Disclosed During Discovery (#79) and a Motion in Limine to Admit Bank Records into Evidence (#80).

       Currently, Plaintiff's responses are due on October 29, 2011, and Defendant's responses are due on October 31, 2011. For the ease of all parties involved, the Court will grant both Defendant and Plaintiff an additional thirty (30) days from October 31, 2011 to respond to the above referenced motions. Therefore, any responses will be due no later than November 30, 2011, and replies will be due no later than December 12, 2011. Accordingly,

       **IT IS HEREBY ORDERED** that the time for response to Defendant's Motion to Bifurcate (#76),  Motion to Stay (#77), and Motion to Preclude Introduction of All Evidence Pertaining to  Glisson's Post 2007 Activities (#78), and Plaintiff's Motion in Limine to Exclude at Trial Testimony

of Certain Witnesses that Were not Disclosed During Discovery (#79) and Motion in Limine to Admit Bank Records into Evidence (#80) shall be extended **thirty (30) days** from October 31, 2011. Responses will therefore be due no later than **November 30, 2011**, and replies will be due no later than **December 12, 2011.**

DATED this 25th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge